UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21948-CIV-MORENO**

ADAM J. RUBINSTEIN, M.D., P.A.; ADAM
RUBINSTEIN, M.D., FACS,

      Plaintiff,

vs.

SIAMAK S. OURIAN, M.D.; EPIONE
MEDICAL CORPORATION; EPIONE
BEVERLY HILLS, INC.,

      Defendant.
_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on **September 10, 2021**, judgment is entered **in favor** of the Plaintiffs/Counterdefendants Adam M. Rubinstein, M.D., FACS and Adam J. Rubinstein, M.D., P.A. on Defendants/Counterclaimants' Siamak S. Ourian M.D., et al., defamation by implication claim and **against** Plaintiffs/Counterdefendants Adam M. Rubinstein, M.D., FACS and Adam J. Rubinstein, M.D., P.A. on all of their claims.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of September 21.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1